AO 91 (Rev. 11/11) Criminal Complaint      AUSA Adam Rosenbloom (312) 353-0962

**FILED**
4/26/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

GLENN CLIFFORD MESSMER

CASE NUMBER: 23 CR 256

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 25, 2023, at Darien, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(b) | knowingly possessed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
Mackenzie Skay
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 26, 2023 _____
                                                              *Judge's signature*

City and state: Chicago, Illinois      JEFFREY CUMMINGS, U.S. Magistrate Judge
                                                                             *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MACKENZIE SKAY, being duly sworn, state as follows:

1. I am a Special Agent with the Homeland Security Investigations (HSI). I have been so employed since approximately September of 2020.

2. As part of my duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, possession, advertisement, and production of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, and the execution of searches and seizures involving child pornography offenses.

3. This affidavit is submitted in support of a criminal complaint alleging that GLENN CLIFFORD MESSMER has violated Title 18, United States Code, Section 2252A(a)(5)(b). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MESSMER with possession of child pornography, I have not included each and

every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and on information I have received from other person with knowledge regarding relevant facts. Any bracketed language is an interpretation of phrases, based upon training and experience.

I. FACTS SUPPORTING PROBABLE CAUSE

*Summary of Probable Cause*

5. On April 25, 2023, HSI agents executed a search warrant at MESSMER's residence in Darien, Illinois. During the search of the residence, agents identified multiple files on a desktop computer located in an office that MESSMER utilized that appeared to contain child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A). After waiving *Miranda* rights, MESSMER admitted that he downloaded at least one of the files that contained child pornography from the internet. MESSMER further acknowledged that he knew the minor depicted in the file was less than 16 years old.

A. Telegram User "JJ" Solicits Child Pornography from Minor Victims

a. Minor A

6. Minor A is a 14-year-old female who resides in Georgia. Minor A was forensically interviewed by law enforcement officers on or about September 9, 2022. During the interview, Minor A explained that she had conversations with an

individual named "JJ" via Telegram and Snapchat.[1] According to Minor A, "JJ" would make a request for specific nude photographs and / or videos that he wanted, and Minor A would send them to him in exchange for money. Minor A stated that she started sending photos and videos to "JJ" in approximately the middle of summer 2022. Minor A estimated that she sent photos and videos to "JJ" once a week.

7. According to Minor A, "JJ" sent Minor A payments for the nude photographs and videos via CashApp to one of Minor A's friends, either Minor B (a 13-year-old female) or Minor C (a 14-year-old female).[2] Minor A told law enforcement that Minors B and C would also send photos and videos to "JJ."

8. Minor A stated that she last talked to "JJ" on or about September 7, 2022.

---

[1] Based on my training and experience, I know that Telegram is messaging application that connects users via a unique, distributed, network of data centers around the globe. Telegram enables its users to send messages, photos, videos, and files. Telegram enables its users to create large groups to broadcast messages within the Telegram application for up to 200,000 people. Users who use Telegram are able to access their messages from all their phones, tablets, and computers at the same time.

Based on my training and experience, I know that Snapchat is a multimedia messaging app developed by Snap Inc. One of the principal features of Snapchat is that pictures and messages are usually only available for a short time before they become inaccessible to their recipients. The app has evolved from originally focusing on person-to-person photo sharing to presently featuring users' "Stories" of 24 hours of chronological content with "Discover," letting brands show ad-supported short-form content. It also allows users to keep photos in the "my eyes only" which lets them keep their photos in a password-protected space. It has also reportedly incorporated limited use of end-to-end encryption, with plans to broaden its use in the future.

[2] Based on my training and experience, I know that CashApp is a financial application that allows users to send, receive, and request money online. Users create a profile that allows the user to send, spend, save, and invest money. It allows for the quick transfer of money between parties using the internet. When using the platform, a user can search by name, username, phone, or email in order to quickly make payments to another party.

3

9. Law enforcement reviewed Minor A's cellular telephone. The search of Minor A's cellular telephone showed child sexual abuse material ("CSAM") being sent from Minor A to "JJ." For example, on our about August 28, 2022, Minor A sent a two minute and two second long video of herself, with her face visible. The camera is positioned on the floor facing Minor A while she is completely naked kneeling on the floor. Minor A begins with rubbing her breasts with both hands. For the remaining duration of the video, Minor A rubs her breast and masturbates with her other hand. Minor A appears to be a pubescent female.

10. A review of Minor A's cellular telephone conversations in Telegram shows that "JJ" solicited CSAM from Minor A. For example, on or about September 8, 2022, "JJ" sent one message to Minor A, which is a picture of a note that reads:[3]

> "FIRST VID 2 mins long
>
> Take your time and tease
>
> 1st min tease w top or straps, make nips hard, smile and have fun, top and bra come off near end of first min
>
> 2nd min some with tease with straps of thong or bottoms, pull it down a lil but not off, really tease and have fun before thong or bottoms come off

---

[3] More specifically, the message sent was a media message, and the image appears to be a screenshot of an electronic note from a notepad application commonly used with a cell phone or similar device.

> Tease with top strap of thong when turned around showing ass to cam like pull it down past ass but then pull it back up before finally taking it off
>
> Once they're off turn around away from cam and do like a small jump or two to make ass bounce
>
> I love a small jump when tittys bounce so def some of that
>
> 3rd min one min long
>
> phone in hand for closer views and titty play
>
> Anything you wanna do, I love titty bounces, lifts and drops, super close ups of tittys, stuff like that
>
> Would love to see you smile as much as possible I love your smile
>
> Talk to me?"

11. On or about September 8, 2022, "JJ" sent another message with a picture of a note, which appears to be a continuation of the previous message described above. The second message reads:

> "4th, 5th, 6th mins in shower
>
> Anything you want, can have phone set up for some and phone in hand for some
>
> I love soapy tittys and ass, pussy closeups and talking"

12. Following the above messages from "JJ," on the same day, Minor A sent several sexually explicit images and videos to "JJ." For example, Minor A sent a 37-second-long video of herself. In the video, Minor A is lying on a bed naked,

5

rubbing her breasts with one hand. Minor A then pans the camera to her buttocks. Minor A then spreads her buttocks and shows her anus to the camera. Minor A then pans the camera back to shower her nude body and rubs her breasts.

13. According to information received from the other law enforcement officers, Minor A also distributed CSAM to a Snapchat account "coreyyjohnsonnn."

### b. Minor B

14. On or around November 7, 2022, Minor B was forensically interviewed by law enforcement. During that interview, Minor B explained she had sent nude videos and photos to "Corey," who used a Snapchat username that she described as "Corey Johnson" and the Telegram username "JJ." The money that Minor B would receive from "Corey" in exchange for the photos and/or videos would be sent to Minor B's or Minor C's respective CashApp accounts or to Minor B's Venmo account.

15. According to Minor B, "Corey" would provide a long list of the nude videos and images that he wanted. If the parameters were not met, "Corey" would not send the money.

16. Minor B reported that, at the time of the forensic interview with law enforcement, she was still in contact with "Corey."

17. Law enforcement officers reviewed Minor B's cellular telephone. During the review, law enforcement officers identified a Venmo account that appeared to be associated with Minor B (the "Minor B Venmo Account").

### B. Identification of GLENN CLIFFORD MESSMER as Telegram User "JJ"

18. According to information received from Venmo, the Minor B Venmo Account received four separate payment transactions that totaled $75 from Venmo Account Number ****2697 ("Venmo Account 1") on July 17, 2022. According to information received from Venmo, these payments were sent from Internet Protocol ("I.P.") Address 99.101.182.149. The payor listed on Venmo Account 1 is "G.M."

19. As described above, Minor B communicated with Snapchat user "coreyyjohnsonnn." According to Snapchat, the most common IP address used by Snapchat user "coreyyjohnsonnn" is 99.101.182.149.

20. According to information received from AT&T, IP Address 99.101.182.149 is related to an account at a service address on the 900 block of Windmere Court in Darien, Illinois.

21. According to Venmo, the original email address associated with Venmo Account 1 was glennmessmer7@****.com. Venmo reported that the current email address associated with Venmo Account 1 is for.my.venmo.only@****.com. Venmo Account 1 is associated with phone number (630) ***-8795.

22. A review of the transactions for Venmo Account 1 shows that the account was also used for payments related to fitness or athletic training. Specifically, some of the payment references are made for track and / or training sessions and reference the email account messmer.strength@****.com.

23. According to Venmo, Venmo Account 1 is associated with a JP Morgan Chase Bank Account with the account number ending in 9832. According to JP

7

Morgan Chase, the bank account ending in 9832 is associated with account holder name: Glenn C. Messmer; date of birth 09/19/****; online user ID gmessmer7; email address messmer.strength@****.com; phone number (630) ***-8795; and an address on the 900 block of Windmere Court in Darien, Illinois.

24. According to data extracted from Minor A's cellular telephone, Minor A had a Telegram contact with an entry for "JJ" with the username "jayyyjansen."

25. According to information received from Telegram, phone number (630) ***-8795 is associated with username "@jayyyjansen."

C. **Execution of Search Warrant at MESSMER's Residence**

26. On April 25, 2023, HSI executed a search warrant at the address on the 900 block of Windmere Court in Darien, Illinois.

27. MESSMER was present at the residence at the time the search warrant was executed. After being informed of his *Miranda* rights and agreeing to waive those rights, MESSMER told law enforcement officers, in summary, the following information. MESSMER stated that he had lived at the residence for the past five years. MESSMER told law enforcement officers that the residence belonged to his parents, but that his parents had been in Arizona for the winter. MESSMER told law enforcement that he was the only person living at the residence while his parents were in Arizona. MESSMER told law enforcement officers that he did not have a specific room in the house, but that he utilized several rooms.

8

28. MESSMER informed law enforcement agents that he is an assistant track coach at High School A, trains athletes, and runs a business on eBay selling Legos and other items.

29. During the search, law enforcement officers located a Dell desktop computer in a second-floor office of the residence. Agents identified a Seagate hard drive within the computer and an external hard drive attached to the computer. Law enforcement officers observed multiple binders and paperwork on a desk in the office near the computer. Agents observed that the contents of the binders and paperwork referenced "conditioning classes," "speed conditioning," "coaching," and Legos. Law enforcement also identified folders in the closet of the office that bear the name "Glenn Messmer."[4]

30. Agents observed that the Dell desktop computer was powered on and running at the time of the search. An HSI Computer Forensics Agent ("CFA") conducted a forensic preview of the Dell computer and all peripheral devices. While conducting the forensic preview of the devices, the CFA found a media player application called "GOM." The CFA observed that the most recently viewed media was listed next to the window of the application. Law enforcement officers reviewed the most recently viewed media and identified several files that appeared to depict CSAM.

31. For example, agents observed that one of the most recently viewed files was a video file named FCHBCH019.mp4. The video depicted a naked pubescent

---

[4] According to a search of a law enforcement database, MESSMER shares a first name with his father.

9

female approximately ten to twelve years old massaging her breasts in a sexual manner. During the video the child also spreads her buttocks so that her anus is exposed. Later in the video, the child inserts her finger into her rectum. This video was approximately one minute and 47 seconds in length.

32. The CFA conducted a keyword search of all the files stored on the Dell desktop computer using the search term "PTHC." Based on my training and experience, I know that PTHC is a common acronym for "pre-teen hardcore." Based on my training and experience, I know that PTHC is a common search term used by persons attempting to access, possess, and download CSAM.

33. The keyword search for "PTHC" revealed over 40 file names containing the term "PTHC." A review of these media files by the CFA revealed that all of the files appeared to contained CSAM. For example, one media file named "(pthc) Kait (4yo) Suck & cum on face.avi.jpg" depicts an image collage of 20 images. Ten of the images depict an adult male inserting his erect penis into the mouth of a pre-pubescent child approximately four-years-old. Four of the images depict the child crying. One image depicts an adult male holding his erect penis over the little girl's face. Two images depict the adult male ejaculating on the child's face. A review of the file revealed the file was located at the following file path: J\Root\Users\[MESSMER's mother's first name]\Documents\Glenn C\Training \USTFCCCA\disc\_mod\sampls\vidthumbs. The file also had a corresponding zone identifier file. Based on my training and experience, I know that a zone identifier is a file that contains metadata describing the security zones associated

with another file; generated automatically when a file is downloaded from the internet or received as an email attachment often created by a web browser.

34. Law enforcement officers observed that the Dell desktop computer contained a country of origin sticker stating that the device was made in China. The country of origin sticker on the Seagate hard drive within the computer indicates that the hard drive was manufactured in Thailand. The country of origin sticker on an external hard drive attached to the computer indicates that the external hard drive was also manufactured in Thailand.

### D. MESSMER Admits to Possessing Child Pornography

35. Law enforcement officers interviewed MESSMER during the execution of the search warrant. An agent read MESSMER *Miranda* warnings. MESSMER signed a HSI *Miranda* waiver form and agreed to speak with agents.

36. During the interview, MESSMER agreed to take a polygraph. Agents transported MESSMER to the Darien Police Department to administer the polygraph.

37. At the Darien Police Department, MESSMER was read his *Miranda* rights by an HSI polygraph examiner. MESSMER waived his *Miranda* rights, signed the preprinted *Miranda* form, and agreed to speak with the HSI polygraph examiner. The interview was audio and video recorded.

38. During the interview MESSMER said that he had solicited an estimated 30 to 60 underage girls for nude photos via Snapchat.

39. MESSMER stated that youngest person he received a nude image from was "probably 14" and that he received nude images from "close to if not all" of the 30 to 60 girls he communicated with via Snapchat.

40. When asked by the HSI polygraph examiner how many of the 30 to 60 girls he had sent money to, MESSMER responded "probably the same." MESSMER told the HSI polygraph examiner that he had paid up to $2,000 and would usually pay anywhere from $10-$50.

41. During the interview MESSMER was shown an image of the screen of the Dell computer that contained a still image from the media file named FCHBCH019.mp4, which is described above. When asked about the photograph MESSMER stated "that's not someone I've communicated with." When the HSI polygraph examiner asked if MESSMER downloaded the file through his AT&T internet account from a forum, MESSMER replied "yes." Referring to the media file named FCHBCH019.mp4 and the minor depicted therein, the HSI polygraph examiner said, "we agreed that she is younger than what you're used to talking to – 14-16 years old?" In response, MESSMER nodded his head up and down to indicate an affirmative response.

## II. CONCLUSION

42. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about April, 25, 2023, MESSMER knowingly possessed material that contained images of child pornography as defined by Title 18, United States Code, Section 2256(8)(A), such image having been shipped and transported using any means or facility of interstate or foreign commerce, and such image having been produced using materials that have shipped and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT.

_____
Mackenzie Skay
Special Agent
Homeland Security Investigations (HSI)

SWORN TO AND AFFIRMED by telephone April 26, 2023.

_____
Honorable JEFFREY CUMMINGS
United States Magistrate Judge